**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

JENNIFER LYNN MULLIGAN,

Plaintiff,

v. Case No: 8:24-cv-1024-WFJ-NHA

EQUIFAX INFORMATION SERVICES LLC and TRANS UNION LLC,

Defendants.
_________________________________/

**ORDER**

The Court has been advised by **the Notice of Settlement (Dkt. 18)** that the above-styled action has been settled as to Defendant Trans Union LLC ("Trans Union") only. Accordingly, pursuant to Local Rule 3.09, M.D. Fla., it is

**ORDERED AND ADJUDGED** that this cause is hereby **DISMISSED** without prejudice as to Trans Union and subject to the right of the parties, within sixty (60) days of the date of this order, to submit a stipulated form of final order or judgment should they so choose or for any party to move to reopen the action, *upon good cause shown*. After that 60-day period, however, dismissal shall be with prejudice as to Trans Union.

**DONE** and **ORDERED** in Tampa, Florida on June 27, 2024.

s/*William F. Jung*
**WILLIAM F. JUNG**
**UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record